similar in all material respects, except for having, in addition, an electric motor as an essential feature, to the merchandise the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.

**No. 62091.**—R. H. Newmark *v.* United States, protests 303992–K and 303993–K (New York).

Opinion by LAWRENCE, J.   An examination of the records disclosing that the protests were prematurely filed, the protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 18, 1958

**No. 62092.**—Joseph H. Brown et al. *v.* United States, protests 189570–K, etc. (El Paso).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 62093.**—Joseph H. Brown et al. *v.* United States, protests 189581–K, etc. (El Paso).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 62094.**—J. H. Brown *v.* United States, protests 202526–K, etc. (El Paso).